notice to all parties and as soon as reasonably possible.

On the date selected by Judge Weber, the case shall be treated as finally submitted. Thereafter, within the time prescribed by § 517.111.2, Judge Weber shall enter such judgment as he shall deem proper. In the event of the death or disability of Judge Weber before he enters final judgment, a judge appointed by the Missouri Supreme Court shall enter an order setting aside all entries on or after November 20, 1995, and shall grant the parties a new trial on all issues. *See Stellwagen,* 758 S.W.2d at 197; *Larimer,* 800 S.W.2d at 156.

AHRENS, C.J., and DOWD, J., concur.

---

*ORDER*

PER CURIAM.

Gary Lossing appeals from the judgment entered in favor of employer, W.E. Walker Company, enjoining him from working in the insurance field within Cape Girardeau County for five years, and permanently enjoining him from disclosing or using information contained in employer's customer ledger. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

---

**W.E. WALKER COMPANY, Plaintiff/Respondent,**

v.

**Gary K. LOSSING, Defendant/Appellant.**

No. 69248.

Missouri Court of Appeals, Eastern District, Southern Division.

Nov. 12, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1997.

Application to Transfer Denied Feb. 25, 1997.

Stephen C. Wilson, Jackson, for plaintiff/respondent.

Matthew M. Mocherman, Cape Girardeau, for defendant/appellant.

Before AHRENS, C.J., and DOWD and RHODES RUSSELL, JJ.

---

**Ronald RADFORD, Sr. and Sheila Radford, Plaintiffs–Appellants,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant–Respondent.**

No. 70901.

Missouri Court of Appeals, Eastern District, Northern Division.

Nov. 12, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1997.

Application to Transfer Denied Feb. 25, 1997.

Paul R. Williams, Bowling Green, for plaintiffs–appellants.

Mark S. Wasinger, Hannibal, for defendant–respondent.